FILED 9/9/20
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | NO. 1:20-CR- 74 |
| v. | § § | Hon. Judge Heartfield |
| DOROTHY MARIE FARROW | § § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**Count One**

Violation: 18 U.S.C. § 1711
(Misappropriation of Postal Funds)

On or about October 1, 2016 and continuing until on or about October 23, 2017, in the Eastern District of Texas, **Dorothy Marie Farrow**, the defendant, willfully and knowingly, through her position as an employee of the United States Postal Service, namely, Lead Clerk at the United States Post Office located in Orange, Texas, did embezzle and convert to her own use money or property coming into her hands and under her control as such employee, in the execution and under color of her office, such money or property having an aggregate value exceeding $1,000.

In violation of 18 U.S.C. § 1711.

STEPHEN J. COX
United States Attorney

RANDALL L. FLUKE
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:20-CR-____ |
| DOROTHY MARIE FARROW | § § § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1711

Penalty: Imprisonment of not more than ten years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than three years.

Special Assessment: $100.00